■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL VILLANUEVA, Appellant. [631 NYS2d 352] —Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered May 24, 1993, convicting defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree and unauthorized use of a vehicle in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years to cover both counts, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of $1^1/_2$ to 3 years, and otherwise affirmed.

As the People concede, no reason appears on the record why the sentence imposed was longer than the one promised, the court apparently having misspoke in imposing sentence. Although the error is unpreserved (*People v Jones*, 204 AD2d 162, *lv denied* 83 NY2d 968), we exercise interest of justice jurisdiction to modify the sentence as above indicated (*see, People v Pascal*, 139 AD2d 449, *lv denied* 72 NY2d 864). Concur—Rosenberger, J. P., Asch, Williams and Mazzarelli, JJ.

■ PAUL DE PRETER, as Parent and Natural Guardian of OLIVIA DE PRETER, an Infant, Appellant, v CITY OF NEW YORK et al., Respondents. [631 NYS2d 351] —Order, Supreme Court, New York County (Walter Tolub, J.), entered October 13, 1994, which denied plaintiff's motion for partial summary judgment on the issue of liability, unanimously affirmed, without costs.

Triable issues of fact preclude summary judgment, including whether the allegedly defective playground equipment with the protruding metal bolt was the proximate cause of plaintiff infant's injury. The infant's father states that he heard the infant screaming and turned immediately to see her standing next to the playground equipment with blood streaming down her face. He does not claim to have actually witnessed the accident, and even if he did so claim, the issue of credibility presented would render summary judgment inappropriate (*see, Capelin Assocs. v Globe Mfg. Corp.*, 34 NY2d 338, 341). Concur—Rosenberger, J. P., Asch, Williams and Mazzarelli, JJ.